___FILED ___ENTERED
___LODGED ___RECEIVED

MAY 24 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALIAKSANDR KAPTYUG, | CASE NO. C09-1855-JLR |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement, | |
| Respondent. | |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Respondent's motion to dismiss (Dkt. No. 10) is GRANTED, and this action is DISMISSED with prejudice;

(3) The Clerk shall send a copy of this Order to the parties, and to Judge Theiler.

DATED this 24th day of May, 2010.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -1

09-CV-01855-ORD